**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION NO. 2:16-cv-1180** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **BRUCE C. KEES** | **MAG. JUDGE KATHLEEN KAY** |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Plaintiff's Motion for Entry of Default Judgment [Doc. No. 10] is **DENIED** without prejudice to Plaintiff's right to re-urge the motion if it can correct the deficiencies outlined in Magistrate Judge Kay's Report and Recommendation.

MONROE, LOUISIANA, this 18th day of September, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE